**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com
*Attorneys for Defendant Unite Here Health,*
*Daryl E. Martin, and Christensen James & Martin, Chtd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY FULLER,<br><br>    Plaintiff,<br><br>vs.<br><br>HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, CULINARY HEALTH FUND; DOES I through X, inclusive; and ROES II through X, inclusive,<br><br>    Defendants.<br><br>AND RELATED CLAIMS | CASE NO.: 2:20-cv-01302-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all appearing parties, acting through their counsel of record, hereby stipulate, agree, and request that the Court issue the following Order

/ / /

/ / /

/ / /

confirming that all claims and causes of action asserted in this Action are dismissed with prejudice, and that each party shall bear its own attorney's fees and costs related to this Action.

| CHRISTENSEN JAMES & MARTIN, CHTD. | LAW OFFICES OF STEVEN M. BURRIS |
|---|---|
| By: *Daryl E. Martin* <br> Daryl E. Martin, Esq. (NV Bar 6735) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Email: dem@cjmlv.com <br> *Attorneys for Unite Here Health, Christensen James & Martin, Chtd., and Daryl E. Martin* | By: *Steven M. Burris* <br> Steven M. Burris, Esq. (NV Bar 603) <br> 2810 W. Charleston Blvd., Suite F-58 <br> Las Vegas, Nevada 89102 <br> Email: sb@steveburrislaw.com <br> *Attorneys for Gary Fuller, Steven M. Burris, and Steven M. Burris, LLC* |
| DATED: January 21, 2021 | DATED: January 21, 2021 |

**IT IS SO ORDERED.**

DATED this   22   day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-2-